UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR DAVID VALDEZ, *et al.*,<br><br>Defendants. | Criminal Action No. 23-073 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(December 19, 2024)

Upon consideration of the joint scheduling proposal provided by email to Chambers by counsel for the Government and for Defendants Karon Blalock (15) and Darius Hodges (18), as well as the parties' oral representations on the record, the Court **ORDERS** that the parties shall complete pretrial disclosures and filings on or before the following dates:

| | *Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present indictment | March 14, 2025 |
| Aspirational date for grand jury decision re: superseding indictment | March 14, 2025 |
| Government to complete discovery under any superseding indictment | March 14, 2025 |
| Discovery motions (Fed. R. Crim. P. 16) | March 28, 2025 |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | May 2, 2025   * |
| Defendant's expert notice (FRE 701 & 702) | May 23, 2025  * |
| Government's FRE 404(b) notice | May 1, 2025 |
| Defendant's response to FRE 404(b) notice | May 15, 2025 |
| *Brady* notice | TBD |
| | |
| **Experts** | |
| Expert reports (FRE 702) | May 14, 2025 |
| Lay witness identification and subject matter (FRE 701) | May 23, 2025  * |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | April 15, 2025 |
|     Government's response to Defendant's non-evidentiary motions | April 29, 2025 |
|     Defendant's reply as to non-evidentiary motions | May 6, 2025 |
| Government's non-evidentiary pretrial motions | April 15, 2025 |
|     Defendant's response to Government's non-evidentiary motions | April 29, 2025 |
|     Government's reply as to non-evidentiary motions | May 6, 2025 |

1

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | April 15, 2025 |
|     Government's response to Defendant's evidentiary motions | April 29, 2025 |
|     Defendant's reply as to evidentiary motions | May 6, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | April 15, 2025 |
|     Defendant's response to Government's evidentiary motions | April 29, 2025 |
|     Government's reply as to evidentiary motions | May 6, 2025 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | April 30, 2025 * |
| Responses to motions *in limine* | May 14, 2025 * |
| Replies as to motions *in limine* | May 21, 2025 * |
| Joint notice of stipulations | May 23, 2025 * |
| *Giglio*, *Jencks*, and Rule 26.2 material | May 23, 2025 * |
| *Voir Dire* and Jury Instructions | May 23, 2025 * |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | TBD |
| Defendant's witness list, exhibit list and exhibits | TBD |

<u>Hearings</u>

| | |
|---|---|
| Status Hearing *as to Defendants Blalock (15) and Hodges (18)* | February 6, 2025 |

**The Court shall set a trial date by further order.** Dates marked with an asterisk (*) have been modified from the dates in the parties' joint scheduling proposal to allow for the possibility of a trial beginning on June 2, 2025. If the Court ultimately sets a later date for trial, it will entertain a motion for reasonable continuances of these and other deadlines.

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

                                                                     /s/
                                                             COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge