UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR DAVID VALDEZ, *et al.*,<br><br>Defendants. | Criminal Action No. 23-073 (CKK) |

**AMENDED PRETRIAL SCHEDULING ORDER**
(May 9, 2025)

    Upon consideration of the parties' [654] Pretrial Scheduling Proposal, it is **ORDERED** that the parties shall adhere to the following deadlines for pretrial submissions and disclosures. This schedule is based on the availability of counsel and the Court and is subject to change if an earlier trial date is set or if the Court grants Defendant Teron McNeil's pending [656] Motion to Sever. The Court has modified some of the parties' proposed deadlines to ensure adequate time for full consideration of the parties' submissions before trial begins. Modified deadlines are marked with an asterisk (*).

*Deadlines*

Discovery & Associated Deadlines
Government to complete discovery under superseding indictment   May 15, 2025[1]
Discovery motions (Fed. R. Crim. P. 16)   October 6, 2025

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)   October 13, 2025
Defendant's expert notice (FRE 701 & 702)   October 27, 2025
Government's FRE 404(b) notice   November 10, 2025
Defendant's response to FRE 404(b) notice   November 24, 2025
*Brady* notice   December 8, 2025

Experts
Expert reports (FRE 702)   November 17, 2025
Lay witness identification and subject matter (FRE 701)   December 29, 2025

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment   September 8, 2025
  Government's response to Defendant's non-evidentiary motions   September 22, 2025
  Defendant's reply as to non-evidentiary motions   September 26, 2025

---

[1] On or before this date, the Government shall produce all *Brady* information currently in its possession. Rolling discovery productions shall continue as the Government receives new documents and reports.

| | |
|---|---|
| Government's non-evidentiary pretrial motions | September 8, 2025 |
|     Defendant's response to Government's non-evidentiary motions | September 22, 2025 |
|     Government's reply as to non-evidentiary motions | September 26, 2025 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | November 24, 2025 |
|     Government's response to Defendant's evidentiary motions | December 8, 2025 |
|     Defendant's reply as to evidentiary motions | December 12, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | November 24, 2025 |
|     Defendant's response to Government's evidentiary motions | December 8, 2025 |
|     Government's reply as to evidentiary motions | December 12, 2025 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | **December 1, 2025 *** |
| Responses to motions *in limine* | **December 10, 2025 *** |
| Replies as to motions *in limine* | **December 15, 2025 *** |
| Joint notice of stipulations | January 5, 2026 |
| *Giglio*, *Jencks*, and Rule 26.2 material | January 5, 2026 |
| *Voir Dire* and Jury Instructions | **December 29, 2025 *** |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | December 29, 2025 |
| Defendant's witness list, exhibit list and exhibits | December 29, 2025 |

Hearings

| | |
|---|---|
| Evidentiary Hearing(s) *(if necessary)*[2] | **December 17, 2025 *** |
| Pretrial Conference | January 9, 2026 |

**Trial shall begin on January 12, 2026.**

    **SO ORDERED.**

    **Dated:** May 9, 2025

                                                                                          COLLEEN KOLLAR-KOTELLY
                                                                               United States District Judge

---

[2] The parties and their counsel shall hold this date open for any evidentiary hearings that may be necessary to resolve the parties' pretrial motions.